CLOSED, JURY

# U.S. District Court
## Northern District of Mississippi (Eastern Division)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00211-MPM-SAA

Scott v. Davol, Inc. et al
Assigned to: Michael P. Mills
Referred to: S. Allan Alexander
Cause: 28:1332 Diversity-Product Liability

Date Filed: 08/28/2007
Date Terminated: 10/01/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Robert Scott**

represented by **William Monroe Quin, II**
LANGSTON LAW FIRM, P.A.
P O Box 787
Booneville, MS 38829-0787
662-728-3138
Email: wquin@langstonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

represented by **Robert H. Pedersen**
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
(601) 948-6470
Email: bpedersen@watkinseager.com

**Defendant**

**C. R. Bard, Inc.**

represented by **Robert H. Pedersen**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2007 | 1 | COMPLAINT against Davol, Inc., C. R. Bard, Inc., Jury Demand, Filing fee $ 350, receipt number 85938, filed by Robert Scott. (Attachments: # 1 Civil Cover Sheet) (dlh, USDC) |
| 08/28/2007 | 2 | Summons Issued as to Davol, Inc., C. R. Bard, Inc.. (dlh, USDC) |
| 08/28/2007 | 3 | NOTICE OF ASSIGNMENT. Case assigned to Judge Mills and Magistrate Judge Davis. (dlh, USDC) |

Case 1:07-cv-01919-ML-LDA Document 2-4 Filed 10/15/2007 Page 2 of 2

| | | |
|---|---|---|
| 09/13/2007 | 4 | ORDER REASSIGNING CASE. Case reassigned to Judge S. Allan Alexander for all further proceedings. Judge Jerry A. Davis no longer assigned to case. Signed by Judge Jerry A. Davis on 9/13/07. (egs, USDC) |
| 09/18/2007 | 5 | ANSWER to Complaint with Jury Demand by Davol, Inc., C. R. Bard, Inc.. (Pedersen, Robert) |
| 09/18/2007 | 6 | CORPORATE STATEMENT *of Defendants C.R. Bard, Inc. and Davol, Inc.*. (Pedersen, Robert) |
| 09/20/2007 | 7 | INITIAL ORDER - RULE 16.1 Case Management Conference set for 11/6/2007 09:00 AM in Judge Alexander Chambers before S. Allan Alexander.. Signed by Judge S. Allan Alexander on 9/20/07. (wsm, USDC) |
| 09/24/2007 | 8 | MDL CONDITIONAL TRANSFER ORDER (Copy) transferring cause to the District of Rhode Island (dlh, USDC) |
| 09/26/2007 | 9 | NOTICE of Case Management Conference set for 11/6/07 at 9:00 am CONTINUED UNTIL FURTHER ORDER OF THE COURT (wsm, USDC) |
| 10/01/2007 | 10 | ORDER of MDL transferring case to District of Rhode Island. (mhg, USDC) (Entered: 10/03/2007) |
| 10/01/2007 | | Case Transferred to District of Rhode Island. File sent electronically. CASE CLOSED. (mhg, USDC) (Entered: 10/03/2007) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/15/2007 10:26:37 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00211-MPM-SAA |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |